# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1928
Lower Tribunal No. 2021-CA-001374-O

_____

DONETTA HESTER, as the Next Friend of D.S.,

v.

DEPARTMENT OF CHILDREN AND FAMILIES,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Vincent Falcone III, Judge.

February 13, 2024

PER CURIAM.

　　AFFIRMED.

TRAVER, C.J., and STARGEL and WOZNIAK, JJ., concur.


Jerry Girley, of The Girley Law Firm, P.A., Orlando, for Appellant.

Erin J. O'Leary and Jeffrey S. Weiss, of Garganese, Weiss, D'Agresta & Salzman, P.A., Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED